UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
UNITED STATES OF AMERICA       :
                               :
       v.                      :     Crim. No. 3:02CR00249(AWT)
                               :     Crim. No. 3:02CR00250(AWT)
JAMIL SARI                     :
                               :
-------------------------------x
```

FILED

2008 AUG -6 P 4:30

### ORDER TO SHOW CAUSE

Upon the petition of the United States Probation Office, it is hereby ORDERED that the United States of America file a response on or before September 19, 2008 as to why the recommendation made by the United States Probation Office to reduce the sentence in accordance with the amended guideline range should not be followed.

IT IS FURTHER ORDERED that service by the United States Marshal of this order, together with a copy of the recommendation of the United States Probation Office, on respondent's representative, Nora Dannehy, Acting United States Attorney, on or before August 13, 2008 shall be deemed sufficient.

It is so ordered.

Dated this 6th day of August, 2008 at Hartford, Connecticut.

/s/ Alvin W. Thompson, USDJ
_____
         Alvin W. Thompson
         United States District Judge